UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

                    Plaintiff,

          v.                                          NO. C04-515P

JDO MEDIA, INC., et al.,                              ORDER OF DISMISSAL

                    Defendants.

Plaintiff filed a Motion for Partial Summary Judgment with this Court on April 26, 2005  (Dkt. No. 55).  The Court granted this motion in part and denied it in part, awarding Plaintiff $24,125,000.00 to be paid by Defendant Tony Lampert. (Dkt. No. 72) Counsel for Plaintiff has notified the Court that it has settled its claims against all remaining Defendants and does not wish to pursue any remaining claims against Mr. Lampert. (Dkt. No. 74).  As no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice.  Any trial date and pretrial dates previously set are hereby VACATED.

The clerk is directed to send copies of this order to all counsel of record.

Dated: September 14, 2005.


                                        Marsha J. Pechman
                                        United States District Judge

ORDER OF DISMISSAL - 1